HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY - 139166
domalley@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
GOLDEN GATE BRIDGE HIGHWAY AND
TRANSPORTATION DISTRICT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS ALARID,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT; MICHAEL LOCATI; DAVID RIVERA; KAY WITT, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. CV-08-2845-EMC<br><br>**DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNTIED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: June 24, 2008                                    HANSON BRIDGETT LLP


                                                         By:/s Jahmal T. Davis
                                                         DIANE MARIE O'MALLEY
                                                         JAHMAL T. DAVIS
                                                         Attorneys for Defendant
                                                         GOLDEN GATE BRIDGE HIGHWAY
                                                         AND TRANSPORTATION DISTRICT

- 1 -

DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1539450.1