**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS ALARID,                                    No. C 08-02845 WHA

       Plaintiff,

  v.                                              **CLERK'S NOTICE SCHEDULING**
                                                   **INITIAL CASE MANAGEMENT**
GOLDEN GATE BRIDGE HIGHWAY                          **CONFERENCE ON REASSIGNMENT**
AND TRANSPORTATION DISTRICT,
et al.,

       Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

     YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management

Conference for **September 11, 2008 at 11:00 a.m.**, before the Honorable William Alsup.  Please

report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue,

San Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case

management conference statement not to exceed ten pages.  All other deadlines in the initial case

management scheduling order filed on June 6, 2008 remain in effect.

     Parties requesting a continuance shall submit a stipulation and proposed order.  If the

parties are unable to reach a stipulation, the requesting party shall submit an ex parte application

with a proposed order.

Dated: July 10, 2008                               FOR THE COURT,

                                                   Richard W. Wieking, Clerk

                                                   By:_____
                                                   Dawn K. Toland
                                                   Courtroom Deputy to the
                                                   Honorable William Alsup