## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Douglas Alarid,

    Plaintiff(s),

     v.

Golden Gate Bridge Highway
and Transportation District, et al.

    Defendant(s).

_____/

CASE NO.  C08-02845 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
   Non-binding Arbitration (ADR L.R. 4)
 XX Early Neutral Evaluation (ENE)   (ADR L.R. 5)
   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
   XX the presumptive deadline *(The deadline is 90 days from the date of the order
     referring the case to an ADR process unless otherwise ordered. )*

     other requested deadline _____

Dated: 8/19/08

Dated: 8/19/08

          Attorney for Plaintiff
          David M. Poore

          Attorney for Defendant
          Jahmal T. Davis

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
XX  Early Neutral Evaluation (ENE)
      Mediation
      Private ADR

Deadline for ADR session
XX  90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated:_____


_____

UNITED STATES DISTRICT      JUDGE