IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ALARID,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN GATE BRIGE HIGHWAY AND TRANSPORTATION DISTRICT, et al.,<br><br>    Defendant.<br>_____/ | No. C 08-02845 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

   YOU ARE NOTIFIED THAT the Case Management Conference previously set for September 11, 2008 at 11:00 a.m. has been rescheduled for **September 10, 2008 at 11:00 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated:  August 27, 2008                        FOR THE COURT,

                                               Richard W. Wieking, Clerk

                                               By: _____
                                                  Dawn Toland
                                                  Courtroom Deputy to the
                                                  Honorable William Alsup