HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY - 139166
domalley@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND
TRANSPORTATION DISTRICT

KAHN BROWN & POORE LLP
DAVID M. POORE, ESQ.
dpoore@kahnbrownlaw.com
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180

Attorney for Plaintiff
DOUGLAS ALARID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| DOUGLAS ALARID,<br><br>     Plaintiff,<br><br>     v.<br><br>GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT; MICHAEL LOCATI; DAVID RIVERA; KAY WITT, and DOES 1 through 50, inclusive,<br><br>     Defendants. | No. CV-08-02845-WHA<br><br>**RULE 26(f) REPORT**<br><br>**Action Filed:**     March 28, 2008<br>**Action Removed:**  June 6, 2008 |

Pursuant to Fed. Rule. Civ. Proc. 26(f), counsel for Plaintiff, David Poore, and counsel for Defendant, Diane Marie O'Malley conducted a telephonic conference on September 3, 2008. The Parties now jointly submit this Report detailing the meet-and-confer discussions and plan for

1  discovery in compliance with Fed. Rule Civ. Proc. 26(f)(2).

2  **DISCOVERY PLAN:** The Parties jointly propose to the Court the following discovery
3  plan:

4  1. <u>Pre-Discovery Disclosures FRCP 26(f)(3)(A):</u>

5  No changes were made in the timing, form, or requirement for disclosures under
6  Rule 26(a). The parties exchanged the information required by Rule 26(a)(1) on September 3,
7  2008.

8  2. <u>Scope And Deadlines For Discovery FRCP 26(f)(3)(B):</u>

9  The Parties agree that discovery will be necessary on all subjects related to the allegations
10 and prayer for relief in Plaintiff's Complaint, as well as the denials, affirmative defenses and
11 prayer in Defendant's Answer. These subjects will include, but not be limited to, Plaintiff's
12 employment, job schedule, outside employment, request for leave, job promotion and harassment
13 complaint while employed at the District and the damages allegedly suffered by Plaintiff.

14 The Parties further agree that discovery should be completed by August 2009, and should
15 comply with the Federal Rules of Civil Procedure, unless the Parties stipulate or agree to do
16 otherwise.

17 3. <u>Discovery of Electronically Stored Information FRCP 26(f)(3)(C):</u>

18 The Parties do not anticipate any issues regarding the disclosure or discovery of
19 electronically stored information. To the extent that any such discovery is needed, the Parties
20 agree to comply with Federal Rule of Civil Procedure 26(b)(2). Both Parties have fulfilled their
21 duties to preserve electronically stored information.

22 4. <u>Privileged and Protected Material FRCP 26(f)(3)(D):</u>

23 While the Parties do not anticipate any issues or disputes regarding the discovery of
24 privileged or protected materials, they agree to identify and assert any such claim to privilege on a
25 privilege log as required pursuant to Federal Rule of Civil Procedure 26(b)(5). The Parties
26 further agree to use the process provided in Rule 26(b)(5)(B) to address any concerns related to
27 inadvertently disclosed information subject to privilege or privacy.

28 / / / / /

RULE 26(F) REPORT (CASE NO. CV-08-02845-WHA)                                                   1597565.1

5. <u>No Changes to the Statutory Discovery Limitations FRCP 26(f)(3)(E):</u>

No changes were made in the limitations on discovery imposed under Rule 26.

6. <u>Expert Discovery FRCP 26(f)(3)(F):</u>

The Parties agree that expert discovery will proceed pursuant to Rule 26(a)(2) and that reports from retained experts, if any, will be due: September 2009.

DATED: September 3, 2008     HANSON BRIDGETT LLP

By: /s/ Diane Marie O'Malley
DIANE MARIE O'MALLEY
JAHMAL T. DAVIS
Attorneys for Defendant
GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT

DATED: September 3, 2008     KAHN BROWN & POORE LLP

By: /s/ David M. Poore
DAVID M. POORE
Attorneys for Plaintiff
DOUGLAS ALARID