United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   DOUGLAS ALARID,

11          Plaintiff,                          No. C 08-02845 WHA

12      v.

13   GOLDEN GATE BRIDGE HIGHWAY            **ORDER SETTING HEARING**
     AND TRANSPORTATION DISTRICT,         **ON DEFENDANT'S**
14   MICHAEL LOCATI, DAVID RIVERA,        **DISCOVERY DISPUTE**
     KAY WITT, and DOES 1 through 50,     **AND VACATING 6/25/2009**
15   inclusive,                           **HEARING DATE**

16          Defendants.
                                     /
17

18          The Court hereby **SETS** a hearing date concerning defendant's discovery dispute

19   outlined in its motion to compel the deposition of Amy Alarid for **TUESDAY, MAY 12, 2009,**

20   **AT 9:00 A.M.**  Plaintiff's counsel is **ORDERED** to make sure plaintiff's spouse, Amy Alarid,

21   appears at the hearing.  The hearing noticed for June 25, 2009, is **VACATED**.

22

23          **IT IS SO ORDERED.**

24

25   Dated:  May 7, 2009.

26                                     WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE
27

28