IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS ALARID,

    Plaintiff,

v.

GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, MICHAEL LOCATI, DAVID RIVERA, KAY WITT, and DOES 1 through 50, inclusive,

    Defendants.
    /

No. C 08-02845 WHA

**ORDER CONTINUING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court hereby **CONTINUES** the hearing on defendant's discovery dispute to **MONDAY, MAY 18, 2009, AT 9:00 A.M.** This continuance is requested by plaintiff due to two of his lawyers being in trial and a third taken ill today. Plaintiff's counsel is again **ORDERED** to make sure plaintiff's spouse, Amy Alarid, appears at the hearing. The hearing noticed for May 12, 2009, is **VACATED**.

Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: May 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE