**United States District Court**
For the Northern District of California

1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    DOUGLAS ALARID,
10                  Plaintiff,                    No. C 08-02845 WHA
11        v.
12   GOLDEN GATE BRIDGE HIGHWAY          **AMENDED ORDER**
     AND TRANSPORTATION DISTRICT,        **CONTINUING HEARING**
13   MICHAEL LOCATI, DAVID RIVERA,       **ON DEFENDANT'S**
     KAY WITT, and DOES 1 through 50,    **DISCOVERY DISPUTE**
14   inclusive,
15                  Defendants.
16   _____/
17
18        The Court hereby **CONTINUES** the hearing on defendant's discovery dispute to

     **MONDAY, MAY 18, 2009**, *AT 3:30 P.M.*  This continuance is requested by plaintiff due to two
19
     of his lawyers being in trial and a third taken ill on Monday.  Plaintiff's counsel is again
20
     **ORDERED** to make sure plaintiff's spouse, Amy Alarid, appears at the hearing.  The hearing
21
     noticed for May 12, 2009, is **VACATED**.
22
          Please note there will be no further continuances.
23
24
          **IT IS SO ORDERED.**
25
26   Dated:  May 13, 2009.                     _____
27                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
28