IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS ALARID,

    Plaintiff,

v.

GOLDEN GATE BRIDGE HIGHWAY
AND TRANSPORTATION DISTRICT, *et al.*,

    Defendants.

No. C 08-02845 WHA

**ORDER DENYING STIPULATION TO EXTEND TIME**

The Court is in receipt of the parties' stipulation and proposed order to extend time to respond to discovery requests, to take depositions, and to designate experts. The proposal would put too much pressure on the trial date. If the proposal were granted, the parties would inevitably seek an extension of the trial date. The Court is unwilling to move the trial date having planned around it. Furthermore, the reasons set forth as good cause are vague. Plaintiff's counsel has not explained his father's medical condition. Neither has he explained why other members of his firm could not fill in. The proposal is **DENIED WITHOUT PREJUDICE** to submission of a new proposal that would allow for summary judgment briefing and exchange of expert reports while retaining the current trial date.

**IT IS SO ORDERED.**

Dated: July 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE