HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY - 139166
domalley@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS ALARID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT; MICHAEL LOCATI; DAVID RIVERA; KAY WITT, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. CV-08-2845-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT, AND EXTENDING THE PAGE LIMIT ON PLAINTIFFS' OPPOSITION THEREOF**<br><br>**Date:**　　October 1, 2009<br>**Time:**　　8:00 a.m.<br>**Judge**:　　Hon. William H. Alsup<br>**Courtroom**:　9, 19th Floor<br><br>**Action Filed:**　　March 28, 2008<br>**Action Removed:** June 6, 2008<br>**Trial Date:**　　November 30, 2009 |

　　　　Defendant GOLDEN GATE BRIDGE, HIGHWAY AND TRANSPORTATION DISTRICT ("the District") and Plaintiff DOUGLAS ALARID ("Plaintiff") (collectively "the parties") hereby stipulate and agree  that the District may file a Memorandum of Points and Authorities in Support of its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment in excess of the twenty-five (25) page limitation set forth in Civil Local Rule 7-4(b), but not to exceed thirty (30) pages in length.  Counsel also stipulates and agrees that

1  Plaintiff may file a Memorandum of Points and Authorities in Opposition to Defendant's Motion
2  for Summary Judgment, or in the Alternative, for Partial Summary Judgment, in excess of the
3  twenty-five (25) page limitation, but not to exceed thirty (30) pages in length.
4      This Stipulation is made pursuant to Rule 7-11 of the United States District Court for the
5  Northern District of California.
6      There is good cause for the Stipulation to extend the page limit given that Plaintiff's
7  Complaint contains twelve causes of action. Defendant is moving for summary judgment on all
8  twelve causes of action. Thus, the moving and opposition papers need more than 25 pages to
9  address each cause. The parties respectfully are seeking a five page extension.
10 IT IS SO STIPULATED.
11 Dated: August 21, 2009      KAHN BROWN & POORE, LLP
12
13 By: /s/
14 DAVID M. POORE
Attorneys for Plaintiff
DOUGLAS ALARID
15
16 Dated: August 21, 2009      HANSON BRIDGETT LLP
17
18 By: /s/
DIANE MARIE O'MALLEY
19 JAHMAL T. DAVIS
Attorneys for Defendant
20 GOLDEN GATE BRIDGE, HIGHWAY
AND TRANSPORTATION DISTRICT
21
22 **SIGNATORY ATTESTATION**
23 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
24 "conformed" signature (/S/) within this efiled document.
25 / / / / /
26 / / / / /
27 / / / / /
28 / / / / /

# ~~PROPOSED~~ ORDER

THE COURT HEREBY ORDERS AS FOLLOWS:

GOOD CAUSE APPEARING, and based on the Stipulation of the parties hereto, IT IS HEREBY ORDERED that the District may file a Memorandum of Points and Authorities in Support of its Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment in excess of the twenty-five (25) page limitation set forth in Civil Local Rule 7-4(b), not to exceed thirty (30) pages in length and that Plaintiff may file a Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment, in excess of the twenty-five (25) page limitation, not to exceed thirty (30) pages in length.

IT IS SO ORDERED.

DATED: August 25, 2009.



_____
HONORABLE WILLIAM ALSUP

- 3 -

STIP. AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT OF DEFT'S MEMO. OF POINTS AND AUTHS. ISO MTN FOR SUMMARY JUDGMENT AND PLF'S OPPOSITION (CASE #CV-08-2845-WHA ENE)

2004313.1