HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY - 139166
domalley@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY AND
TRANSPORTATION DISTRICT

KAHN BROWN & POORE LLP
DAVID M. POORE, ESQ.
dpoore@kahnbrownlaw.com
30 Fifth Street, Second Floor
Petaluma, California 94952
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180

Attorney for Plaintiff
DOUGLAS ALARID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco)

| | |
|---|---|
| DOUGLAS ALARID,<br><br>           Plaintiff,<br><br>     v.<br><br>GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT; MICHAEL LOCATI; DAVID RIVERA; KAY WITT, and DOES 1 through 50, inclusive,<br><br>           Defendants. | No. CV-08-02845-WHA<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-captioned action, against all named defendants be and

- 1 -
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE (CASE NO. CV-08-02845-WHA)

- 2 -

1  hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1)(A).  Each party is to bear its own
2  attorneys' fees and costs.

5  Dated: October 27, 2009                                HANSON BRIDGETT LLP

                                                         By: ___/s/ Jahmal T. Davis_____
                                                             JAHMAL T. DAVIS
                                                             Attorney for Defendants

9  Dated:  October 27, 2009                              KAHN BROWN & POORE LLP

                                                         By:  /s/ David M. Poore_____
                                                              David M. Poore
                                                              Attorney for Plaintiff

- 2 -
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE (CASE NO. CV-08-02845-WHA)

1

**ORDER**

2     IT IS SO ORDERED.

3     The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41

4 (a) (1)(A).

5

6 DATED: October 28, 2009                   _____

7                                                           HON.

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE (Case No. CV-08-02845-WHA)